02-12-542 & 543-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00542-CR

 

 


 
 
 Kasey
 Marilyn Green
  
  
  
 v.
  
  
  
 The
 State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From County Criminal
 Court No. 2
  
 of
 Tarrant County (1213756)
  
 January
 24, 2013
  
 Per
 Curiam
  
 (nfp)
 
 


 

JUDGMENT

          This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed.

 

SECOND DISTRICT COURT OF APPEALS 

 

 

 

PER CURIAM

 

 

 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00542-CR

NO. 02-12-00543-CR

 

 


 
 
 Kasey Marilyn Green
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM County
Criminal Court No. 2 OF TARRANT COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          Appellant
Kasey Marilyn Green attempts to appeal from her convictions for DWI.  The trial
court’s certifications state that “the defendant has waived the right of
appeal.”  See Tex. R. App. P. 25.2(a)(2).  On November 15, 2012, we
notified Green that these appeals would be dismissed pursuant to the trial
court’s certifications unless she or any party desiring to continue the appeals
filed a response on or before November 26, 2012, showing grounds for continuing
them.  See Tex. R. App. P. 25.2(d), 44.3.  We have not received a
response.  Therefore, in accordance with the trial court’s certifications, we
dismiss these appeals.  See Tex. R. App. P. 43.2(f).

 

 

PER CURIAM

 

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  January 24, 2013









[1]See Tex. R. App. P. 47.4.